UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
        -v-                                                            :            25-CR-306-2 (JMF)
                                                                       :
VICTOR ALEXANDER BAEZ SUAREZ,                                          :            SCHEDULING ORDER
                                                                       :
                Defendant.                                             :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        It is hereby ORDERED that sentencing in this matter, presently scheduled for **July 9,**

**2026**, is RESCHEDULED to **July 14, 2026,** at **10:30 a.m.** in **Courtroom 24B** of the Daniel

Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

        The parties should consult the Court's Individual Rules and Practices for Criminal Cases

(available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures

and practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be

served two weeks in advance of the date set for sentencing.  The Government's sentencing

submission shall be served one week in advance of the date set for sentencing.  If a party does not

intend to file a substantive sentencing submission, the party should file a letter to that effect.

        SO ORDERED.

Dated:  June 22, 2026                           _____
        New York, New York                               JESSE M. FURMAN
                                                         United States District Judge